UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK EUGENE CARPENTER, III,

        Plaintiff,                   Case No. 2:25-cv-11681
                                                 Hon. Denise Page Hood

v.

UNITED STATES, ET AL,

        Defendants.
_____/

**ORDER DENYING APPLICATION TO PROCEED ON APPEAL IN
FORMA PAUPERIS (ECF No. 10)
and PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 11)**

      This prisoner civil rights complaint was dismissed for Plaintiff's failure to correct his filing deficiency. Specifically, Plaintiff's application to proceed in forma pauperis failed to include the necessary supporting documentation, and Plaintiff failed to correct the deficiency after being ordered to do so by the Court.

      Before the Court is Plaintiff's application to proceed without prepaying fees or costs on appeal. (ECF No. 10). As before, Plaintiff asserts that "many facilities, like the Livingston County Jail refuse a print-out of your trust account without an attorney request, and Defendant is proceeding pro se as he cannot afford an attorney." (*Id.* PageID.24.) Plaintiff also indicates, however, that he has since been

1

transferred to FCI Milan. (*Id.*)

A court may grant IFP status to appeal if it finds that an appeal is being taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. 24(a). "Good faith" requires a showing that the issues raised are not frivolous; it does not require a showing of probable success on the merits. <u>Foster v. Ludwick</u>, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002).

Plaintiff has not shown that an appeal from the dismissal of his case for his failure to prosecute can be taken in good faith as he has failed to show that he made any real effort to correct his filing deficiency prior to the dismissal of his action. Moreover, as he is now incarcerated at FCI Milan, Plaintiff fails to explain how he is still unable to support an IFP application due to the Livingston County Jail's alleged prior failure to provide him with the required documentation.

Accordingly, Plaintiff's application to proceed in forma pauperis on appeal (ECF No. 10) is **DENIED**.  The Petition for Writ of Habeas Corpus (ECF No. 11) is also **DENIED** since it is improperly filed in this dismissed case for failure to correct the filing deficiency.

**IT IS SO ORDERED.**

                                                     s/Denise Page Hood
                                                     Hon. Denise Page Hood
                                                     United States District Judge

Dated:   September 30, 2025